**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Michael Miles RAMSEY, Appellant.**

**No. 26245.**

United States Court of Appeals, Ninth Circuit.

Feb. 5, 1971.

Michael Hegner (argued), San Diego, Cal., for appellant.

Shelby R. Gott (argued), Asst. U. S. Atty., Harry Stewart, U. S. Atty., San Diego, Cal., for appellee.

Before CHAMBERS, MURRAH ** and KILKENNY, Circuit Judges.

PER CURIAM:

The judgment of conviction is affirmed.

On the sufficiency of the evidence, the somewhat weak circumstances presented

---

* Hon. Warren J. Ferguson, United States District Judge, Central District of California, sitting by designation.

** The Honorable Alfred P. Murrah, Senior Circuit Judge, Tenth Circuit, sitting by designation.

were shored up on knowledge, transportation and importation by Ramsey's many inconsistent statements. Taken together, these statements could permit affirmative inferences.